# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hoffman, Melvin S. | Bankruptcy Court - Massachusetts | 05/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
Donohue Federal Building and Courthouse
595 Main Street
Worcester, MA 01608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2009 | Counsel Agreement-Looney & Grossman LLP (see Part VIII) |
| 2. 1995 | Looney & Grossman LLP 401(k) Retirement Plan (see Part VIII) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Looney & Grossman LLP income | $75,554.00 |
| 2. 2011 | Looney & Grossman LLP return of capital | $37,041.77 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Tufts Universtiy salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage Brewster, Mass rental property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | L | T | | | | | |
| 2. Brookline Bancorp stock | B | Dividend | J | T | | | | | |
| 3. UBS Retirement Account- self directed IRA | D | Int./Div. | N | T | | | | | |
| 4. --money market account at UBS | | | | | | | | | |
| 5. --Fidelity Advisor New Insights Cl A | | | | | Buy | 08/02/11 | J | | |
| 6. --American Funds Growth Fund of America Class F | | | | | Sold | 08/02/11 | J | A | |
| 7. --Miller Convertible Fund Cl A | | | | | Buy | 08/02/11 | J | | |
| 8. --Neuberger Berman Equity Inc Cl A | | | | | Buy | 08/02/11 | J | | |
| 9. --Calamos Growth Fund A | | | | | Sold | 08/02/11 | J | A | |
| 10. --Davis NY Venture Fund Class A | | | | | Sold | 08/02/11 | J | A | |
| 11. --JP Morgan Mid Cap Value Fund Class A | | | | | | | | | |
| 12. --Kealy Small Cap Value Fund Class A | | | | | Sold | 08/02/11 | J | | |
| 13. --Gateway Fund Class A | | | | | | | | | |
| 14. --First Eagle Global Fund Class A | | | | | | | | | |
| 15. --Apple | | | | | Buy | 01/26/11 | K | | |
| 16. | | | | | Buy (add'l) | 03/16/11 | K | | |
| 17. --Johnson & Johnson | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --Merck | | | | | | | | | |
| 19.   --Staples Inc. | | | | | | | | | |
| 20.   --Timberland Co Class A | | | | | Sold | 09/14/11 | J | C | |
| 21.   --Time Warner Cable | | | | | | | | | |
| 22.   --iShares Msci Emerging Markets Index Fund | | | | | | | | | |
| 23.   --iShares DJ Select Div Index Fund | | | | | | | | | |
| 24.   --Henderson Global Investors Int'l | | | | | Sold | 08/02/11 | K | | |
| 25.   --FT Templeton Global Bond A | | | | | | | | | |
| 26.   --Loomis Sayles Strategic Inc A | | | | | | | | | |
| 27.   --Lord Abbet Floating Rate A | | | | | | | | | |
| 28.   --Pimco All Asset All Auth - A | | | | | | | | | |
| 29.   --Pimco All Asset All Auth - A | | | | | Buy (add'l) | 08/02/11 | J | | |
| 30.   Vanguard Voyager IRA (see part VIII) | C | Int./Div. | | | Sold | 02/02/11 | M | | |
| 31.   --Vanguard Healthcare Fund Inv. | | | | | | | | | |
| 32.   --Vanguard Int'l Growth Inv. | | | | | | | | | |
| 33.   --Vanguard Windsor II Fund Inv. | | | | | | | | | |
| 34.   --Vanguard Asset Alloc. Fund Inv. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Wellesley Income Fund Adm | | | | | | | | | |
| 36. --Vanguard GNMA Fund Inv. | | | | | | | | | |
| 37. American Century IRA | B | Int./Div. | K | T | | | | | |
| 38. --Amercian Century Balanced Fund | | | | | | | | | |
| 39. --American Century Strategic Alloc Fund | | | | | | | | | |
| 40. --American Century Utilities | | | | | | | | | |
| 41. Merril Lynch IRA | A | Int./Div. | K | T | | | | | |
| 42. --American Inv. Co. of America Class B | | | | | | | | | |
| 43. --American New Perspectives | | | | | | | | | |
| 44. --American Bond Fund of America Class B | | | | | | | | | |
| 45. Fidelity Independence Fund | A | Int./Div. | J | T | | | | | |
| 46. Fidelity Leveraged Company Stock Fund | A | Int./Div. | J | T | | | | | |
| 47. State of Israel Bond | A | Int./Div. | J | T | | | | | |
| 48. Wells Fargo Mutual Funds (See Part VIII) | E | Interest | M | T | | | | | |
| 49. --Pimco FDS Pac Inv Ser Commodity Real Return Strat Fd Cl A | | | | | Buy | 03/16/11 | L | | |
| 50. --Franklin Tax Free Trust Mass. Insured Tax Free Inc Fd Cl A | | | | | | | | | |
| 51. --Putnam Mass tax exempt income Fund Class A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Wells Fargo Money Market Fund | | | | | | | | | |
| 53. Franklin Templeton Funds | A | Int./Div. | J | T | | | | | |
| 54. --Franklin Templeton Growth Fund Class A | | | | | | | | | |
| 55. --Franklin Templeton Global Growth Fund Class A | | | | | | | | | |
| 56. --Franklin Templeton Foreign Fund Class A | | | | | | | | | |
| 57. Transatlantic Cambridgepark LLC ($100,000 2004) (Part VIII) | A | Distribution | L | R | | | | | |
| 58. MONY whole life insurance | B | Int./Div. | J | T | | | | | |
| 59. Rental property Brewster MA ($335,000 2002) | E | Rent | N | R | | | | | |
| 60. Rental property Brookline MA ($378,000 tax asses. 2010) | E | Rent | N | S | | | | | |
| 61. Morgan Stanley IRA Rollover (See Part VIII) | E | Int./Div. | O | T | | | | | |
| 62. --Morgan Stanley Money Market Acct. | | | | | Buy | 01/02/11 | M | | |
| 63. --SPDR S&P Dividend | | | | | Buy | 03/15/11 | K | | |
| 64. --Vanguard Mid-Cap ETF Index | | | | | Buy | 03/15/11 | K | | |
| 65. --Vanguard S&P 500 Growth ETF | | | | | Buy | 03/15/11 | J | | |
| 66. --American Europacific Gowth F | | | | | Buy | 03/15/11 | J | | |
| 67. --American Growth Fund of American Fi | | | | | Buy | 03/15/11 | J | | |
| 68. --American Washington Mutual F | | | | | Buy | 03/15/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Columbia Acorn A | | | | | Buy | 03/15/11 | K | | |
| 70. --First Eagle Global I | | | | | Buy | 03/11/11 | K | | |
| 71. --Iva Worldwide A | | | | | Buy | 03/11/11 | L | | |
| 72. --Ivy Asset Stragegy I | | | | | Buy | 03/11/11 | K | | |
| 73. --Merger Fund | | | | | Buy | 02/17/11 | K | | |
| 74. --Neuberger Berman Genesis TR | | | | | Buy | 03/15/11 | J | | |
| 75. --Pimco All Asset All Auth P | | | | | Buy | 02/14/11 | K | | |
| 76. --Pimco Invest Grd Corp Bd P | | | | | Buy | 02/14/11 | L | | |
| 77. --Pimco Unconstrained Bond P | | | | | Buy | 02/14/11 | K | | |
| 78. --Pioneer High Yield Y | | | | | Buy | 02/14/11 | K | | |
| 79. --Templeton Global Bd Fd ADV | | | | | Buy | 02/14/11 | K | | |
| 80. Bank of America IRA CD | A | Interest | K | T | | | | | |
| 81. TIAA-CREF Retirement Plan | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 05/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II. Agreements
Line 1. Terms of my withdrawal as a partner of Looney & Grossman LLP effective January 1, 2010 and compensation for my working at the firm until my resignation on April 15, 2010. Also provides for the payment of my capital account as well as my share of the assets of the firm on or before March 31, 2011. Also provides for payment of a percentage of fees generated from my former clients and referral sources between April 16, 2010 and April 15, 2012.
Line 2. I closed this 401(k) plan on Dec. 31, 2010 and rolled proceeds into a rollover IRA (see Part VII lines 73 and 82)
Part VII. Investments and Trusts
Line 31. Retirement investment sold and funds rolled into Morgan Stanley Rollover IRA.
Line 48. Previously called Wells Fargo Tax Free Mutual Fund.
Line 61. Rollover of Looney & Grossman 401(k) plan which was closed on 12/31/10.
Line 69. Passive minority membership interest in limited liability company which owns real estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Melvin S. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544